JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GEORGE KNOWLES,<br><br>  Petitioner,<br><br>  v.<br><br>WILLIAM MUNIZ, Warden,<br><br>  Respondent. | Case No. CV 15-2948-DSF (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

1/17/17

Dated: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE